UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY D. HARRIS, JR., <br><br> Plaintiff, <br><br> v. <br><br> KING COUNTY SUPERIOR COURT, <br><br> Defendant. | Case No. C20-1726-RAJ-MLP <br><br> REPORT AND RECOMMENDATION |

On November 20, 2020, Plaintiff Timothy D. Harris, Jr. ("Plaintiff"), proceeding *pro se*, submitted a proposed § 1983 civil rights complaint. (Dkt. # 1). On November 25, 2020, the Clerk of Court advised Plaintiff his submission was deficient due to the filing fee requirement and that he was required to either submit an application to proceed *in forma pauperis* ("IFP") or pay the filing fee. (Dkt. # 3.) Plaintiff was advised that failure to respond to the letter by December 28, 2020, could result in dismissal of his case. (*Id.*)

To date, Plaintiff has neither paid the filing fee nor corrected the IFP deficiency. Accordingly, the Court recommends this action be DISMISSED without prejudice for failure to pay the filing fee as required by 28 U.S.C. § 1914. A proposed Order accompanies this Report and Recommendation.

REPORT AND RECOMMENDATION - 1

1  Objections to this Report and Recommendation, if any, should be filed with the Clerk and
2  served upon all parties to this suit by no later than **twenty-one (21)** days after the filing of this
3  Report and Recommendation. Objections, and any response, shall not exceed twelve pages.
4  Failure to file objections within the specified time may affect your right to appeal. Objections
5  should be noted for consideration on the District Judge's motion calendar **fourteen (14)** days
6  after they are served and filed. Responses to objections, if any, shall be filed no later than
7  **fourteen (14)** days after service and filing of objections. If no timely objections are filed, the
8  matter will be ready for consideration by the District Judge on **January 29, 2021**.

9  The Clerk is directed to send copies of this Report and Recommendation to Plaintiff and
10 to the Honorable Richard A. Jones.

11 Dated this 6th day of January, 2021.

MICHELLE L. PETERSON
United States Magistrate Judge

REPORT AND RECOMMENDATION - 2