UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMOTHY D. HARRIS, JR.,<br><br>                Plaintiff,<br><br>     v.<br><br>KING COUNTY SUPERIOR COURT,<br><br>                Defendant. | Case No. C20-1726-RAJ-MLP<br><br>ORDER OF DISMISSAL |

Having reviewed the Report and Recommendation of the Honorable Michelle L. Peterson, United States Magistrate Judge, any objections or responses to that, and the remaining record, the Court finds and ORDERS:

(1)   The Court ADOPTS the Report and Recommendation;

(2)   This action is DISMISSED without prejudice for failure to pay the filing fee as required by 28 U.S.C. § 1914; and

(3)   The Clerk is directed to send a copy of this Order to Plaintiff.

Dated this 25th day of February, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge

ORDER OF DISMISSAL - 1